| | |
|---|---|
| 1  DAVID L. ANDERSON (CABN 149604)<br>   United States Attorney<br>2<br>   HALLIE HOFFMAN (CABN 210020)<br>3  Chief, Criminal Division<br>4  MOLLY K. PRIEDEMAN (CABN 302096)<br>   Assistant United States Attorney<br>5<br>       1301 Clay Street<br>6      Oakland, California 94612<br>       Telephone: (510) 637-3680<br>7      FAX: (510) 637-3724<br>       molly.priedeman@usdoj.gov<br>8<br>9  Attorneys for United States of America | **FILED**<br><br>Feb 24 2021<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 21-70318 MAG |
| Plaintiff, | ) | STIPULATION AND [~~XXXXXXX~~PROPOSED] ORDER |
| | ) | EXCLUDING TIME UNDER THE SPEEDY TRIAL |
| v. | ) | ACT AND FEDERAL RULE OF CRIMINAL |
| | ) | PROCEDURE 5.1(c) AND (d) |
| MARVIN RAUL GUERRA, | ) | |
| Defendant. | ) | |

A status conference in this matter is scheduled for March 22, 2021. Counsel for the United States and counsel for the defendant, Marvin Raul Guerra, jointly stipulate and request that the that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from February 23, 2021 to March 22, 2021.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery that will be produced by the government shortly. For these reasons, the parties stipulate and agree that excluding time until March 22, 2021, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d). The parties

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
CR 21-70318 MAG                                                           1

further stipulate and agree that the ends of justice served by excluding time from February 23, 2021 to March 22, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: February 24, 2021                    /s/ Molly K. Priedeman
                                            MOLLY K. PRIEDEMAN
                                            Assistant United States Attorney

DATED: February 24, 2021                    /s/ Hanni Fakhoury
                                            HANNI FAKHOURY
                                            Attorney for the Defendant

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
CR 21-70318 MAG                              2

**~~PROPOSED~~ ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from February 23, 2021 to March 22, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 23, 2021 to March 22, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 23, 2021 to March 22, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d). The arraignment is also continued from February 23, 2021 to March 22, 2021.

IT IS SO ORDERED.

DATED: February 24, 2021

_____
THE HONORABLE VIRGINIA DEMARCHI
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
CR 21-70318 MAG                                            3