| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MOEEL LAH FAKHOURY LLP<br>Hanni M. Fakhoury (State Bar No. 252629)<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612<br>Telephone:  (510) 637-3500<br>Email:   hanni@mlf-llp.com<br><br>Attorneys for Marvin Guerra | **FILED**<br><br>Apr 19 2021<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN GUERRA,<br><br>Defendant. | Case No.: 4:21-mj-70318-MAG<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1**<br><br>**Hearing Date:**   April 23, 2021<br>**Hearing Time:**   1:00 p.m. |

The parties jointly request the Court reset the status conference regarding preliminary hearing or arraignment from April 23, 2021 to May 21, 2021 at 1:00 a.m.  Mr. Guerra is charged in a criminal complaint with theft of government property. The government has produced a voluminous amount of discovery, and a proposed plea agreement, and defense counsel needs additional time to review the discovery with Mr. Guerra, and discuss the proposed plea agreement with the government. As a result, the parties also request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between April 23, 2021 and May 21, 2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: April 19, 2021          MOEEL LAH FAKHOURY LLP

                         /S
HANNI M. FAKHOURY
Attorneys for Mr. Guerra

Dated: April 19, 2021          STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

                         /S
MOLLY PRIEDEMAN
Assistant United States Attorney

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to discuss a potential resolution of the case.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of April 23, 2021, scheduled at 1:00 p.m. is vacated and reset for May 21, 2021 at 1:00 p.m.  It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 23, 2021 through May 21, 2021.

DATED: April 19, 2021

HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

**IT IS SO ORDERED.**