STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:21-MJ-70318 MAG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| MARVIN RAUL GUERRA, | |
| Defendant. | |

A status conference in this matter is scheduled for June 14, 2021, 2021. Counsel for the United States and counsel for the defendant, Marvin Raul Guerra, jointly stipulate and request that the status conference be continued to July 1, 2021 and that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from June 14, 2021 to July 1, 2021.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery that has been produced by the government. For these reasons, the parties stipulate and agree that excluding time until July 1, 2021, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d). The parties further

stipulate and agree that the ends of justice served by excluding time from June 14, 2021 to July 1, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: June 11, 2021         /s/ Molly K. Priedeman
                             MOLLY K. PRIEDEMAN
                             Assistant United States Attorney

DATED: June 11, 2021         /s/ Hanni Fakhoury
                             HANNI FAKHOURY
                             Attorney for the Defendant

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from June 14, 2021 to July 1, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 14, 2021 to July 1, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 14, 2021 to July 1, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d). The status conference is also continued from June 14, 2021 to July 1, 2021.

IT IS SO ORDERED.

DATED: June 11, 2021



_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge