STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN  (CABN 302096)
Assistant United States Attorney

    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO.  21-MJ-70318 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | ) | |
| | ) | |
| MARVIN RAUL GUERRA, | ) | |
| | ) | |
| Defendant. | ) | |

    A status conference in this matter is scheduled for July 29, 2021.  Counsel for the United States and counsel for the defendant, Marvin Raul Guerra, jointly stipulate and request that the status conference be continued to August 26, 2021 and that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from July 29, 2021 to August 26, 2021.

    The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery that has been produced by the government.  For these reasons, the parties stipulate and agree that excluding time until August 26, 2021, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties

STIPULATION TO EXCLUDE TIME
AND ORDER
21-MJ-70318 MAG                         1

further stipulate and agree that the ends of justice served by excluding time from July 29, 2021 to August 26, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: July 28, 2021                                          /s/ Molly K. Priedeman
                                                              MOLLY K. PRIEDEMAN
                                                              Assistant United States Attorney

DATED: July 28, 2021                                          /s/  Hanni Fakhoury
                                                              HANNI FAKHOURY
                                                              Attorney for the Defendant

STIPULATION TO EXCLUDE TIME
AND ORDER
21-MJ-70318 MAG                            2

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from July 29, 2021 to August 26, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from July 29, 2021 to August 26, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 29, 2021 to August 26, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d).  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).  The status conference is also continued from July 29, 2021 to August 26, 2021.

IT IS SO ORDERED.

DATED:   July 28, 2021

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge